IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO, ex rel.
HECTOR H. BALDERAS, Attorney General
of New Mexico,

       Plaintiff,

vs.                                 Civ. No. 14-663 KG/KK

BYRON LEE LANDAU, et al.,

       Defendants.

## DEFAULT JUDGMENT AGAINST DEFENDANT PATTY WALKER

On August 18, 2015, the Clerk of the Court entered a default of Defendant Patty Walker because that she "failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure." (Doc. 153). Plaintiff then filed his Motion for Default of Defendant Patty Walker on November 3, 2015. (Doc. 181). In addition to seeking a default judgment against Defendant Patty Walker on all issues of liability, Plaintiff seeks to reserve the issue of damages for further hearing or trial. Having considered the Clerk's Entry of Default and Plaintiff's Motion for Default of Defendant Patty Walker, the Court determines that a default judgment should be entered against Defendant Patty Walker on all issues of liability.

IT IS ORDERED that

1. Plaintiff's Motion for Default of Defendant Patty Walker (Doc. 181) is granted;

2. default judgment on all issues of liability is entered in favor of Plaintiff and against Defendant Patty Walker; and

3.  the issue of damages arising from this default judgment is reserved until such time as Plaintiff files a motion to determine damages.

_____
UNITED STATES DISTRICT JUDGE